**Ryland SMITH, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE; Gene Johnson; R.A. Young; George Deeds; R.C. Mathena; Major Rowlette; Lieutenant Younce; Lieutenant Honaker; Sergeant Blevins; Sergeant Childress; Officer Kilborne; Doctor Bunker; Nurse Mullins; Nurse Bradley; John Does, Defendants–Appellees.**

**No. 01–6461.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 21, 2001.

Ryland Smith, pro se. Christopher Garrett Hill, Office of the Attorney General Of Virginia, Richmond, VA; David Ernest Boelzner, Wright, Robinson, Osthimer & Tatum, Richmond, VA, for appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Ryland Smith appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Smith v. Angelone,* No. CA–99–616–7 (W.D.Va. Nov. 16, 2000 & filed Feb. 28, 2001; entered Mar. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*